*Application for an Extension is granted. Third Amended Complaint must be filed by 11/9/15.*

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 16 2015 ★

BROOKLYN OFFICE

*Clerk of the Court is directed to provide plaintiff with documents he requests*

From: Mr.EARL BRISTOW FEELINGS,#441-14-08287,
R.N.D.C.
11-11 Hazen Street,
E.Elmhurst,New York,11370

FILED Rec'd
IN CLERK'S OFFICE 9/28/15
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 25 2015 ★

BROOKLYN OFFICE

13-Civ.6485(C.L.P.)(C.B.A.)

"EARL B.FEELINGS v.P.O.CARL CAPUTO"

TO:Hon.CHERYL L.POLLAK,
CAROL BAGLEY AMON,
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA-
E.BROOKLYN,NEW YORK,11201.

Dated:September,14th,2015

9/25/15 /S/ Chief Judge Amon

Sub:  "REQUEST FOR EXTENTION OF TIME TO PERFECT A"THIRD AMENDED COMPLAINT"-
AND,URGENT SECOND REQUEST TO RECIEVE ALL DOCUMENTATION FROM THIS _
COMPLAINT UNDER 13.Civ.#6485".

Dear,Honorable,J,POLLAK,

PLEASE BE KINDLY ADVISED,as of the date of

This legal correspondence letter to your area office/chambers

I am the above named plaintiff in entitled caption and I am

Writing to acknowledge receipt of your decision & Order of the

"Notice to file an additional Amended Complaint" dated August,24,

2015   I am very appreciative of the opportunity to commence

Such application or motion,your honor but,as of the date of

Me actually recieving the notice I finf it would be practically

Impossible for me to perfect this"Third Amended Complaint" in

An reasonable adequate amount of time.  Furthermore,it is also,

Hereby urgently requested that I request for the Leave of this

Court  to grant me the opportunity to have access to all the

Previously filed records,information,and documents pertaining

To the last filed"Second Amended Complaint". The purpose of this

Request is to recollect & refreshing my memory of the legal aim

And pursuit of the argument I had structured the defense upon.

I currently is not in possesion of any of these documents to

To construct said brief or motion. Could you PLEASE! Order the

Designated Pro Se Clerk Office to forward me a courtesy copie

Of the 2nd AMENDED COMPLAINT. #2.)A Copy of the Defendants reply,

My opposition to the defendants reply.

      I believe my deadline date from the date

Of your imposing Order is September,24th,2015. I need to review

Those documents which is extremely critical to the argument I

Intend to present in the"3rd Amended Complaint".

      Genuinely,I am grateful of this extended privilege,

Your time & effort that you spend in assisting me in this matter

Of mine will be kindly & sincerely appreciated.

      Thank You,

Sworn to before Me this 12th Day
Of September,2015.

NOTARY PUBLIC

FATAI O. LAWAL
NOTARY PUBLIC-STATE OF NEW YORK
No. 02LA6135586
Qualified in Queens County
My Commission Expires October 24, 20__

Respectively,Submitted

X _____
Plaintiff,
EARL BRISTOW FEELINGS
#441-14-08287
R.N.D.C.
11-11 Hazen Street,
E.Elmhurst,New York,11370

Mr. Earl B. Feelings (AAH 1-14-08287)
R.N.D.C.
11.11 Hazen St
E. Elmhurst, New York, 11370

Postmark: NEW YORK NY 100 / 14 SEP 2015 PM 16 L

Recipient address:
Clerk, - Intake office "
United States District Court
Hon. Eastern - District of New York
- 225 Cadman Plaza - East
Brooklyn, New York, 11201

11201$1832

"U.D."
URGENT
LEGAL !!!
MAIL

Stamp: FOREVER USA

Also "US MS" stamp.Mr. Earl B. Feelings (AAH 1-14-08287)
R.N.D.C.
11.11 Hazen St
E. Elmhurst, New York, 11370

NEW YORK NY 100

14 SEP 2015 PM 16 L

FOREVER USA

Clerk, - Intake office "
United States District Court
Hon. Eastern - District of New York
- 225 Cadman Plaza - East
Brooklyn, New York, 11201

11201$1832

"U.D."
URGENT
LEGAL !!!
MAIL